**STATE of Missouri, Respondent,**

v.

**John BRODIE, Appellant.**

No. 51745.

Missouri Court of Appeals, Eastern District, Division Six.

March 17, 1987.

Douglas D. Koski, Asst. Public Defender, Clayton, for appellant.

Carrie Francke, Special Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, first degree, in violation of § 569.-020, RSMo 1978.[1]

Judgment affirmed. Rule 30.25(b).

---

1. The pertinent statute now appears in RSMo 1986.